Efren GARCIA, Plaintiff–Appellant,

v.

Hector MONTENEGRO, Individually; Paul Pearson, Individually; Elizabeth Veloz, Individually; Jerry Molinoski, Individually, Defendants–Appellees.

No. 08–50491.

United States Court of Appeals, Fifth Circuit.

June 5, 2009.

Charles Mark Berry, El Paso, TX, for Plaintiff–Appellant.

Jerry R. Wallace, Delgado, Acosta, Braden & Jones, El Paso, TX, for Defendants–Appellees.

Before KING, GARWOOD, and DAVIS, Circuit Judges.

PER CURIAM: *

The judgment below is affirmed essentially for the reasons set forth in the district court's well-reasoned Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.